BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, IL SBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
DAVID W. LERCH, CA SBN 229411
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8936
    Facsimile: (415) 744-0134
    E-Mail: David.Lerch@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| THOMAS WAYNE McCLUNG, JR., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of <br> Social Security, <br><br> Defendant. | CIVIL NO. 2:11-cv-2874-CKD <br><br> STIPULATION AND ORDER FOR A FIRST OF EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment.

    Counsel for Defendant respectfully requests an extension of time due to his workload, which includes other district court briefs and substantive non-litigation matters, an upcoming planned absence from the office, and the need to further review the administrative record in light of Plaintiff's contentions in his motion for summary judgment.

    The current due date is May 23, 2012. The new due date will be June 22, 2012.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: May 5, 2012 | /s/*Ann M. Cerney* <br>(As authorized by voicemail)<br>Ann M. Cerney<br>Attorney for Plaintiff |
| Dated: May 7, 2012 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| | /s/*David Lerch*<br>DAVID LERCH<br>Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

## ORDER

APPROVED AND SO ORDERED.

Dated: May 8, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 - Stip & Order Extending Def's Time